Argued May 20, affirmed May 20, petition for rehearing denied June 15, petition for review denied August 10, 1971

STATE OF OREGON, *Respondent, v.*
HAROLD WILLARD PENLAND and PHILLIP
ALLEN LeBRUN (No. 72555), *Appellants.*

484 P2d 1123

*Howard R. Lonergan,* Portland, argued the cause and filed the brief for appellants.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and Jacob B. Tanzer, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FORT and THORNTON, Judges.

AFFIRMED FROM THE BENCH.